IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDER LUSHTAK,<br><br>    Defendant                                    / | No. CR 99-0363 MMC<br><br>**ORDER GRANTING PETITIONS; DIRECTIONS TO CLERK; DENYING AS MOOT APPLICATIONS TO PROCEED IN FORMA PAUPERIS** |

    Before the Court is a "Petition" and an "Application to Proceed in Forma Pauperis," filed February 10, 2010 by Tatiana Shabanov, and a "Petition" and an "Application to Proceed in Forma Pauperis," filed February 10, 2010 by Diana Shabanov.

    On January 30, 2001, Judgment in the above-titled criminal action was entered. In the Judgment, the Court ordered defendant Alexander Lushtak to pay restitution to a number of persons in specific amounts, including an order that he pay Tatyana Shabanov the amount of $150,000,[1] and an order that he pay Yuri Shabanov the amount of $22,000. In her petition, Tatiana Shabanov requests that the Court issue an abstract of judgment certifying that a judgment in her favor in the amount of $150,000 has been entered. In her petition, Diana Shabanov, who states she is the daughter of Yuri Shabanov and that her father died in 2005, seeks issuance of a judgment certifying that a judgment in her favor in

---

[1] Petitioner states her actual first name is Tatiana, as opposed to "Tatyana."

1  the amount of $22,000 has been entered.

2  "At the request of a victim named in a restitution order, the clerk of the court shall issue an abstract of judgment certifying that a judgment has been entered in favor of such victim in the amount specified in the restitution order." See 18 U.S.C. § 3664(m)(1)(B).[2]

Good cause appearing, the petitions are hereby GRANTED, and the Clerk of the Court is DIRECTED to issue to each petitioner a certified abstract of judgment, specifically, a certified copy of the Judgment entered January 30, 2001.

Further, because no payment is required for issuance of such an abstract of judgment, petitioners' respective applications to proceed in forma pauperis are DENIED as moot.

**IT IS SO ORDERED.**

Dated:  March 29, 2010

MAXINE M. CHESNEY
United States District Judge

---

[2]Where a "victim" is deceased, "another family member" may "assume the victim's rights" under an order of restitution.  See 18 U.S.C. § 3663A(a)(2).